# EXHIBIT 1


# OKLAHOMA
State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR MAYES COUNTY, OKLAHOMA

| | |
|---|---|
| DAVID DISCO, ET. AL. V. SAFECO INSURANCE COMPANY OF AM | No. CJ-2017-00237<br>(Civil relief more than $10,000: BREACH OF CONTRACT )<br><br>Filed: 12/08/2017<br><br>Judge: MCBRIDE, HONORABLE TERRY H |

# PARTIES

SAFECO INSURANCE COMPANY OF AM, Defendant
DISCO, DAVID, Plaintiff
DISCO, LISA, Plaintiff

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| HOUGHTON, J DREW<br>FOSHEE & YAFFE LAW FIRM<br>PO BX 890550<br>OKLAHOMA CITY , OK 73189 | |

# EVENTS

None

# ISSUES

1. BREACH OF CONTRACT

# DOCKET

| Date | Code | Description | | | Count | Party | Amount |
|---|---|---|---|---|---|---|---|

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-08-2017 | | FILE & ENTER PETITION<br>Document Available (#CC17120800000369) 📄TIFF   📄PDF | | | $ 163.00 |
| | | LAW LIBRARY | | | $ 6.00 |
| | | DISPUTE MEDIATION | | | $ 7.00 |
| | | OCIS | | | $ 25.00 |
| | | LENGTHY TRIAL FUND FEE | | | $ 10.00 |
| | | OK COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| | | 10% OF CASA TO COURT CLERK REVOLVING FUND | | | $ 0.50 |
| | | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| | | 10% OF COJC TO COURT CLERK REVOLVING FUND | | | $ 0.16 |
| | | COURTHOUSE SECURITY FEE | | | $ 10.00 |
| | | 10% OF CHSC TO COURT CLERK REVOLVING FUND | | | $ 1.00 |
| | | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | | | $ 0.45 |
| | | 15% TO DISTRICT COURT REVOLVING FUND | | | $ 2.48 |
| 12-08-2017 | | ISSUE SUMMONS TO ATTY () | | | $ 10.00 |
| 12-08-2017 | | ENTRY OF APPEARANCE (J DREW HOUGHTON)<br>Document Available (#CC17120800000458) 📄TIFF   📄PDF | | | |