**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **DAVID DISCO and LISA DISCO,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**SAFECO INSURANCE COMPANY OF AMERICA,**<br><br>    **Defendant.** | Case No. 18-cv-27-CVE-JFJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs David and Lisa Disco ("Plaintiffs"), by and through their counsel of record Drew Houghton and Larry Bache of Merlin Law Group, P.A., and Defendant Safeco Insurance Company of America, by and through its counsel of record, William W. O'Connor and Margo E. Shipley of Hall, Estill, Hardwick, Gable, Golden, & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiffs' claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

        Respectfully submitted,

        **HALL, ESTILL, HARDWICK, GABLE,**
        **GOLDEN & NELSON, P.C.**

By:   *s/William W. O'Connor*
        William W. O'Connor, OBA No. 13200
        Margo E. Shipley, OBA No. 32118
        320 South Boston Avenue, Suite 200
        Tulsa, OK 74103-3706
        Telephone: (918) 594-0400
        Facsimile: (918) 594-0505
        Email: boconnor@hallestill.com
        Email: mshipley@hallestill.com

        **ATTORNEYS FOR DEFENDANT,**
        **SAFECO INSURANCE COMPANY OF**
        **AMERICA**

-and-

**MERLIN LAW GROUP, P.A.**

*s/J. Drew Houghton*\*
J. Drew Houghton, OBA No. 18080
One Leadership Square
211 North Robinson Avenue, Suite 210
Oklahoma City, OK 73102
Telephone: (405) 218-1105
Facsimile: (405) 218-1106
Email: dhoughton@merlinlawgroup.com

-and-

**MERLIN LAW GROUP, P.A.**

Larry E. Bache, Jr.
777 S. Harbour Island Blvd., Suite 950
Tampa, Florida 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692
Email: lbache@merlinlawgroup.com

        **ATTORNEYS FOR PLAINTIFFS**

\* *Signed by filing attorney with permission of Plaintiffs' attorneys.*